**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1596**

———————

ARTURO MARTINEZ PULIDO,

          Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

          Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted:  March 13, 2014        Decided:  March 19, 2014

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Jeremy L. McKinney, MCKINNEY PERRY & COALTER, Greensboro, North Carolina, for Petitioner.  Stuart F. Delery, Assistant Attorney General, Edward J. Duffy, Senior Litigation Counsel, John M. McAdams, Jr., Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arturo Martinez Pulido, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's denial of his requests for asylum and withholding of removal.[*] We have thoroughly reviewed the record, including the transcript of Martinez Pulido's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Martinez Pulido (B.I.A. Apr. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

---

[*] The immigration judge also denied Martinez Pulido's request for protection under the Convention Against Torture. Martinez Pulido failed, however, to appeal this portion of the immigration judge's decision.